THE PEOPLE ex rel. MICHAEL FOLEY, Appellant, *v.* THE BOARD OF POLICE COMMISSIONERS et al., Respondents.

(Argued March 1, 1881; decided March 8, 1881.

*Horace Russell* for appellant.

*D. J. Dean* for respondents.

Agree to dismiss appeal without opinion.

All concur, except RAPALLO, J., absent.

Appeal dismissed.